# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KEVIN KAVANAUGH

        Plaintiff,

   -vs-                             Case No. 04-CV-01210-RTR

DR. PETER J. BADALAMENTI, PETER JOHN
BADALAMENTI, D.D.S., S.C., d/b/a THE
BADALAMENTI PRIVATE CENTER FOR
ADVANCED AESTHETICS, and "Badalamenti Center
for Advanced Aesthetic & Laser Dentistry,"
JOSEPHINE BADALAMENTI, and SILVER IMAGE
CREATIVE, INC.

        Defendants.

CINCINNATI INSURANCE COMPANY,

        Intervening Plaintiff,

   -vs-

KEVIN KAVANAUGH, DR. PETER J.
BADALAMENTI, PETER JOHN BADALAMENTI,
D.D.S., S.C., d/b/a THE BADALAMENTI PRIVATE
CENTER FOR ADVANCED AESTHETICS, and
"Badalamenti Center for Advanced Aesthetic & Laser
Dentistry," JOSEPHINE BADALAMENTI, and
SILVER IMAGE CREATIVE, INC.

        Defendants in Intervention.

## ORDER FOR DISMISSAL

Upon reading and filing the foregoing stipulation, and upon the joint motion of counsel,

IT IS HEREBY ORDERED:

1.      The above-captioned lawsuit, together with any and all claims set forth in the pleadings, is dismissed on the merits, with prejudice, but without costs.

Dated at Milwaukee, Wisconsin this 17th day of July, 2007.

BY THE COURT:


s/ Rudolph T. Randa
Honorable Rudolph T. Randa
Eastern District Court Judge

2